IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID VALENZUELA**                                                **PETITIONER**

**VS.**                   **CASE NO. 2:06CV00148 GH/HDY**

**LINDA SANDERS,**
**WARDEN, FCI FORREST**
**CITY, ARKANSAS**                                             **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 14th day of August, 2006.

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE